UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| LAMONT D. COOPER,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. C10-5928-JLR-MAT<br><br><br><br>[~~PROPOSED~~] ORDER AMENDING THE SCHEDULING ORDER |

Based upon the motion by Defendant, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before June 14, 2011; and

- Plaintiff shall file the Reply Brief on or before July 5, 2011.

DATED this <u>11th</u> day of May, 2011.

_____
Mary Alice Theiler
United States Magistrate Judge

Presented By:

s/ Daphne Banay
DAPHNE BANAY, WSB #21537
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington 98104-7075
Telephone: (206) 615-2113
Fax: (206) 615-2531
daphne.banay@ssa.gov