UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAMONT D. COOPER, | ) |
| | ) CASE NO. C10-5928-JLR |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) REPORT AND RECOMMENDATION |
| MICHAEL ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Plaintiff brought this action to seek judicial review of the denial of his applications for Disability Insurance Benefits and Supplemental Security Income by the Commissioner of the Social Security Administration. The parties have now stipulated that this case should be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). (Dkt. 23.)

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings. The parties have stipulated that, on remand, the Administrative Law Judge (ALJ) will: (1) issue a new decision; (2) further consider the opinions of State agency psychologists Dr. Peterson and Dr. Kester (AR. 367-69, 387), and Dr. Lewis (AR. 223-29, 391-99); (3) consider evidence submitted to the

REPORT AND RECOMMENDATION
PAGE -1

Appeals Council (Tr. 6, 639-762); (4) update the evidence from plaintiff's treating sources, with medical source statements on plaintiff's ability to perform work-related activities; (5) obtain medical expert evidence on plaintiff's mental status; (6) further consider plaintiff's subjective complaints; (7) further consider plaintiff's residual functional capacity; and (8) if the sequential evaluation proceeds to step five, the ALJ will further consider, with the assistance of additional vocational expert testimony, plaintiff's ability to perform other work in the national economy.

Given the above, the Court recommends that United States Chief District Judge James L. Robart immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings. A proposed order accompanies this Report and Recommendation.

DATED this 15th day of June, 2011.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2